NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JEFFREY R. BATTISHILL,           )
                                 )
        Appellant,               )
                                 )
v.                               )        Case No. 2D18-3717
                                 )
STATE OF FLORIDA,                )
                                 )
        Appellee.                )
_____  )

Opinion filed April 3, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Charlotte County; Donald H. Mason,
Judge.

Jeffrey R. Battishill, pro se.


PER CURIAM.

        Affirmed.



MORRIS, BLACK, and ROTHSTEIN-YOUAKIM, JJ., Concur.